# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:22-cv-00117-MR

| | |
|---|---|
| DAVID GORDON OPPENHEIMER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JONATHAN D. HAVELES, et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte*.

On September 26, 2022, the Court entered a Pretrial Order and Case Management Plan in the present case, ordering the parties to select and agree upon a mediator and to file with the Court a report identifying their selected mediator by October 24, 2022. [Doc. 14]. To date, however, the parties have not designated a mediator for the present action.

Accordingly, **IT IS, THEREFORE, ORDERED** that, within seven (7) days of the entry of this Order, the parties shall file a report identifying their selected mediator for the present action.

**IT IS SO ORDERED.**

Signed: November 3, 2022

Martin Reidinger
Chief United States District Judge